No. 05–145. TOLBIRD ET UX. v. WYBLE ET AL. Ct. App. La., 2d Cir. Certiorari denied.

No. 05–146. WILLIAMS ET AL. v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–150. HECKEL v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 05–151. MATHIS ET AL. v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 05–152. RAMOS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–158. RUBENSTEIN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–160. LUZ v. GONZALES, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 05–161. DALY v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 05–164. PINFIELD v. PARKER, SHERIFF, BREVARD COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 05–176. MANZO ET AL. v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 05–178. HOLLOWAY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 05–188. JOBE v. CITY OF CATLETTSBURG, KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 05–191. CRAWFORD v. BASSETT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–208. CALLISON v. CITY OF PHILADELPHIA, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.